# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kevin McCann

                 Plaintiff,

v.                                                Case No.: 1:18–cv–04769

                                                       Honorable Jorge L. Alonso

The UCAN Company

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: A joint stipulation to dismiss has been filed. This case is dismissed with prejudice. All pending motions are terminated as moot. Status hearing previously set for 4/30/19 is stricken. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.